[No. 5092-1-III.   Division Three.   December 1, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CARY
BILL BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81-1-00639-1, Howard Hettinger, J., entered March 5, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 5556-2-II.   Division Two.   December 2, 1983.]

THE CITY OF WINSLOW, *Respondent,* v. DAVID
L. WINTER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 80-2-01456-2, Terence Hanley, J., entered May 8, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6008-6-II.   Division Two.   December 2, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. EUGENE
CURRY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 59394, Donald H. Thompson, J., entered November 18, 1981. *Affirmed in part* and *vacated in part* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 5199-1-II.   Division Two.   December 2, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GINO
LENARDO BOREYKO, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C-852, Frank E. Baker, J., entered April 17, 1980. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.